No. 73, Orig.  CALIFORNIA *v.* NEVADA.  Preliminary Report of Special Master received, ordered filed, and adopted by the Court.  Accordingly, motion of California State Assemblyman Mike Cullen for leave to file a brief as *amicus curiae,* motion of the State of Nevada for leave to file an amended answer setting forth a counterclaim, and motion of the State of California for leave to file an amended complaint granted. [For earlier order herein, see 433 U. S. 918.]

No. 77–533.  HISQUIERDO *v.* HISQUIERDO.  Sup. Ct. Cal. [Certiorari granted, 435 U. S. 994.]  Motion of Ray C. Bennett, Esquire, to permit Howard M. Fields, Esquire, to present oral argument *pro hac vice* on behalf of respondent granted.

No. 77–753.  INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* DANIEL; and
No. 77–754.  LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. *v.* DANIEL.  C. A. 7th Cir.  [Certiorari granted, 434 U. S. 1061.]  Motion of American Bar Assn. for leave to file a brief as *amicus curiae* denied.

No. 77–891.  BEAL, SECRETARY OF WELFARE OF PENNSYLVANIA, ET AL. *v.* FRANKLIN ET AL.  D. C. E. D. Pa.  [Probable jurisdiction noted, 435 U. S. 913.]  Motion of United States Catholic Conference for leave to participate in oral argument as *amicus curiae* denied.  Motion of Legal Defense Fund for Unborn Children to present oral argument as *amicus curiae* denied.

No. 77–1163.  FRIEDMAN ET AL. *v.* ROGERS ET AL.;
No. 77–1164.  ROGERS ET AL. *v.* FRIEDMAN ET AL.; and
No. 77–1186.  TEXAS OPTOMETRIC ASSN., INC. *v.* ROGERS ET AL.  D. C. E. D. Tex.  [Probable jurisdiction noted, 435 U. S. 967.]  Motion of American Optometric Assn. for leave to file a brief as *amicus curiae* granted.